[No. 10581-4-III. Division Three. March 14, 1991.]

JAMES T. KOZAK, ET AL, *Appellants*, v. DAVID BUTLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-03271-6, John A. Schultheis, J., entered January 17, 1990. *Affirmed* by unpublished opinion per Shields, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 10265-3-III. Division Three. March 14, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH LINUS NELSON III, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-00487-0, Thomas E. Merryman, J., entered September 12, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.

[No. 10129-1-III. Division Three. March 14, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CLARENCE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-00290-7, John A. Schultheis, J., entered June 23, 1989. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Thompson, J.